

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
ALEXANDRA M. MICHAEL
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336



☑ FILED          ___RECEIVED
___ENTERED       ___SERVED ON
         COUNSEL/PARTIES OF RECORD

FEB 1 0 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:15-cr-00014 |
| ) | |
| Plaintiff, ) | PETITION FOR WRIT OF |
| ) | HABEUS CORPUS AD |
| ) | PROSEQUENDUM FOR |
| vs. ) | OMAR QAZI |
| ) | ID # 01993576 |
| OMAR QAZI, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows that OMAR QAZI, (ID#01993576), is committed by due process of law in the custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Las Vegas, Nevada, 89101, that it is necessary that the said OMAR QAZI be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said OMAR QAZI may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on February 24th, 2015, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said OMAR QAZI before the United States District Court on or about February 24th, 2015, at the hour of 3:00 p.m., for an arraignment and from

//

time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said OMAR QAZI before the United States District Court on or about February 24th, 2015, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10th day of February, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA M. MICHAEL
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-cr-00014 |
| | ) |
| Plaintiff, | ) WRIT OF HABEUS CORPUS |
| | ) AD PROSEQUENDUM FOR |
| vs. | ) OMAR QAZI |
| | ) ID # 01993576 |
| OMAR QAZI, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   WARDEN,
CLARK COUNTY DETENTION CENTER
LAS VEGAS, NEVADA
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S :

WE COMMAND that you have the body of OMAR QAZI, (ID#01993576), detained in the custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Las Vegas, Nevada, 89101, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about February 24th, 2015, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until the said OMAR QAZI is released and discharged by the said Court; and that you shall thereafter return the

//

said OMAR QAZI to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE

ATTEST:

LANCE S. WILSON, Clerk
United States District Court

By _____
Deputy

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:15-cr-00014 |
| Plaintiff, | )<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEUS CORPUS |
| vs. | ) AD PROSEQUENDUM FOR<br>) OMAR QAZI |
| OMAR QAZI, | ) ID # 01993576<br>) |
| Defendant. | )<br>) |
| | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said OMAR QAZI (ID#01993576), before the United States District Court at Las Vegas, Nevada, on or about February 24th, 2015, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:

_____
UNITED STATES MAGISTRATE JUDGE