AO 442 (Rev. 01/09) Arrest Warrant

| | FILED | | RECEIVED |
| ✓ | ENTERED | | SERVED ON |
| | | COUNSEL/PARTIES OF RECORD |

2 5 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:15-cr-14 |
| OMAR QAZI | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   OMAR QAZI                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18/922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

LANCE S. WILSON
**CLERK**

*Lance S. Wilson*

(By) DEPUTY CLERK

1/20/2015 Las Vegas, NV

DATE

---

| Return |
|---|
| This warrant was received on *(date)* 1/20/15 , and the person was arrested on *(date)* 2/24/15 at *(city and state)* Las Vegas, NV . |
| Date: 02/24/15 |

_____
Arresting officer's signature

_____
*Printed name and title*